**Order entered June 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01131-CV

**PAULINE MCLARTY NEVERS, Appellant**

**V.**

**LLOYD G. NEVERS, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-01965**

## ORDER

We abated this appeal October 25, 2018 due to the bankruptcy of a party. *See* TEX. R. APP. P. 8.2. Before the Court is appellant's motion to reinstate the appeal. Attached to the motion is a copy of the bankruptcy court's order dismissing the bankruptcy.

We **GRANT** the motion and **REINSTATE** the appeal. *See id.* 8.3. As the appellate record appears complete, we **ORDER** appellant to file her brief on the merits no later than July 8, 2019.

/s/     KEN MOLBERG
JUSTICE